UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------------------x
CAITLIN WALSH,

Civil Action No:
3:26-cv-50086

Plaintiff,

-v.-

N. Hannoush Jewelers, Inc.

Defendant,

------------------------------------------------------------------------x

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 6, 2026

| For Plaintiff Caitlin Walsh | For Defendant N. Hannoush Jewelers, Inc. |
|---|---|
| *s/Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601 Ph:<br>(201) 282-6500<br>ysaks@steinsakslegal.com | *s/Joseph Self*<br>Joseph Self<br>Jackson Lewis<br>150 N Michigan Ave ste 2500<br>Chicago IL 60601<br>Ph: (937) 750-5031<br>joe.se;f@jacksonlewis.com |

| | |
|---|---|

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2026, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*